670

*Assistant Attorney General Wideman* for the United States.

No. 379. ANARGYROS *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James L. Gerry* and *Marvin Farrington* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 380. DELAWARE & HUDSON CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Davis, Montgomery B. Angell,* and *H. T. Newcomb* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 381. STEARNS, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. L. L. Hamby* and *Selden Bacon* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *Andrew D. Sharpe* for respondent.

No. 382. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* MUTUAL LIFE INS. CO. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. Frederick L. Allen, Wm. Marshall*

*Bullitt,* and *Edmund B. Quiggle* for respondent.

No. 383.  UNITED STATES *v.* WHITBECK, RECEIVER. October 16, 1933.  Petition for writ of certiorari to the Court of Claims denied.  *Solicitor General Biggs* for the United States.  *Messrs. Edward F. Colladay* and *Joseph C. McGarraghy* for respondent.

No. 384.  UNITED STATES *v.* HIGHLAND MILK CONDENSING Co.  October 16, 1933.  Petition for writ of certiorari to the Court of Claims denied.  *Solicitor General Biggs* for the United States.  No appearance for respondent.

No. 385.  UNITED STATES *v.* HELVETIA MILK CONDENSING Co.  October 16, 1933.  Petition for writ of certiorari to the Court of Claims denied.  *Solicitor General Biggs* for the United States.  No appearance for respondent.

No. 386.  UNITED STATES *v.* CHICAGO, INDIANAPOLIS & LOUISVILLE RY. Co.  October 16, 1933.  Petition for writ of certiorari to the Court of Claims denied.  *Solicitor General Biggs* for the United States.  *Messrs. J. Harry Covington, C. C. Hine,* and *Spencer Gordon* for respondent.

No. 387.  LAMSON Co., INC., *v.* INGALLS, TRUSTEE. October 16, 1933.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.